

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

UNIVERSITY OF TEXAS AT EL PASO,

§        No. 08-16-00268-CV

Appellant,

§        Appeal from the

v.

§        448th District Court

JAMIE ISAAC,

§        of El Paso County, Texas

Appellee.

§        (TC# 2014DCV1723)

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the trial court's judgment denying Appellant's plea to the jurisdiction. We therefore reverse the trial court's judgment denying Appellant's plea to the jurisdiction and render judgment dismissing Appellee's claim for want of subject matter jurisdiction.

We further order that Appellant recover from Appellee the appellate costs incurred by Appellant, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF SEPTEMBER, 2018.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.